≎JS 45 (5/97) - (Revised USAO MA 3/25/2011)

**Criminal Case Cover Sheet**                                                  **U.S. District Court - District of Massachusetts**

**Place of Offense:** Medford, MA    **Category No.** III    **Investigating Agency** FBI

**City** Medford
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 25-mj-8523-PGL
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes  ☑ No

Defendant Name: Bethany Abigail Terrill    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name: _____
Address: 174 Mountain Ave Apt 3 Malden, MA

Birth date (Yr only): 1988    SSN (last 4#): 0595    Sex: F    Race: _____    Nationality: U.S.

**Defense Counsel if known:** _____    **Address:** _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Luke A. Goldworm    Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** Malden, MA

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____    on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/9/2025    Signature of AUSA: /s/ Luke A. Goldworm

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Bethany Abigail Terrill

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 115(a)(1)(B) | Threatening a United States Official | One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**