UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )    MBD Case No. 25-mc-91529-ADB
)
BETHANY TERRILL, )
)
Defendant. )

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

J. BURROUGHS

Upon consideration of the governments' motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The defendants have been charged with threatening a United States Official, in violation of 18 U.S.C. § 115(a)(1)(B), via criminal complaint in case 25-MJ-08524-PGL. The defendant is not detained; however, defense counsel has assented to the requested extension. As a result, the United States requests an extension of time to return an indictment or file an information. The requested exclusion of time represents a 30-day extension of the United States' time to file an indictment or an information under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from October 16, 2025, through and including, April 17, 2026, from the speedy trial clock, outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District

5

Court for the District of Massachusetts (effective December 2008).

In light of the foregoing, the Court hereby grants the Motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an Indictment or Information must be filed is continued to April 17, 2026; and (2) the period from October 16, 2025 through and including April 17, 2026, is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
**HON. ALLISON D. BURROUGHS**
**UNITED STATES DISTRICT COURT JUDGE**